83 P.3d 114

# SUPREME COURT OF HAWAI'I

State v. Martin .................................. 22980 01/02/2004 Vacated and remanded

Rapoza v. Willocks Const. Corp. .................... 22052 01/02/2004 Vacated and remanded